IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID G. EBERSOLE, | : | |
| | : | |
| Plaintiff | : | Civil No. 3:01CV 01924 |
| | : | |
| v. | : | |
| | : | Judge Jones |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, et. al, | : | |
| Defendants | : | |

# ORDER

**June 22, 2006**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

The purpose of this Order is to address the near-daily attempted *pro se* submissions that this Court has been receiving from Plaintiff David Ebersole. We have not permitted these submissions to be filed, as Plaintiff continues to be represented by counsel. A hearing is scheduled before this Court on July 14, 2006 at 1:30 p.m., at which the Plaintiff will be present to address his concerns regarding his representation by Attorney Samuel C. Stretton, Esq. However, unless and until counsel is discharged, Plaintiff must *immediately* cease and desist from inundating this Court with *pro se* submissions, as he is wasting not only his time, but the Court's valuable time as well.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Plaintiff David Ebersole is directed not to submit any additional attempted *pro se* filings with the Court prior to the hearing scheduled for July 14, 2006.

2. The Clerk is directed not to file any *pro se* submissions received from Plaintiff David Ebersole prior to the hearing scheduled for July 14, 2006.

3. The Clerk shall send a copy of this Order to the Plaintiff at his place of present incarceration, SCI- Dallas.

s/ John E. Jones III
John E. Jones III
United States District Judge
